ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:     (702) 948-8565 | Fax: (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
Attorneys for Plaintiff Carrington Mortgage Services, LLC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>DEVONRIDGE HOMEOWNERS ASSOCATION, INC., a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>      Defendants. | Case No.:   2:17-cv-01837-RFB-VCF<br><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff CARRINGTON MORTGAGE SERVICES, LLC (hereinafter "CARRINGTON") and Defendant DEVONRIDGE HOMEOWNERS ASSOCIATION (hereinafter "DEVONRIDGE"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On July 5, 2017, Plaintiff CARRINGTON filed its Complaint in this action naming DEVONRIDGE and other parties as defendants related to a homeowners association foreclosure sale of real property located at 813 Pirates Cave Court, North Las Vegas, Nevada, 89032; APN 139-09-521-039 (hereinafter "Property").

2. The Parties hereby agree that CARRINGTON's claims against DEVONRIDGE shall be dismissed with prejudice, and CARRINGTON and DEVONRIDGE shall each bear its own costs and fees related to this litigation.

3. The Parties further agree that DEVONRIDGE does not take a position regarding whether the August 23, 2013, lien foreclosure sale extinguished CARRINGTON's interest in the deed of trust.

4. DEVONRIDGE asserts that it does not have a current interest in title to the Property.

5. This dismissal does not affect any rights, claims or defenses of CARRINGTON or DEVONRIDGE with respect to any other party related to the foreclosure sale of the Property.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: May 7th, 2018.                              DATED: May 7th, 2018.

**ZIEVE, BRODNAX & STEELE, LLP**          **BOYACK ORME & ANTHONY**


/s/ J. Stephen Dolembo                             /s/Christopher B. Antony, Esq.
J. Stephen Dolembo, Esq.                         Christopher B. Anthony, Esq.
Nevada Bar No. 9795                               Nevada Bar No. 9748
3753 Howard Hughes Pkwy., Ste. 200       Boyack Orme & Anthony
Las Vegas, NV 89169                              7432 West Sahara Avenue, Suite 101
*Attorney for Plaintiff Carrington Mortgage*     Las Vegas, Nevada  89117-2769
*Services, LLC*                                        *Attorney for Defendant/Third-Party*
                                                           *Plaintiff,*
                                                           *Devonridge Homeowners Association,*
                                                           *Inc.*

## ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant Devonridge Homeowners Association, Inc. is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Defendant Devonridge Homeowners Association, Inc. has no present interest in title to the Property.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of Carrington Mortgage Services, LLC or  Devonridge Homeowners Association, Inc. with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**


DATED this 8th day of ___May,___ 2018.


_____
RICHARD F. BOULWARE, II
United States District Court

1

## CERTIFICATE OF SERVICE

2          I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP;

3    that service of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT**

4    **DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.** was made on the 7th day of May,

5    2018, by electronic service to all parties and counsel as identified on the Court-generated Notice

6    of Electronic Filing.

7
     Boyack Orme & Anthony
8    7432 West Sahara Avenue, Suite 101
     Las Vegas, Nevada  89117-2769
9    *Attorney for Defendant/Third-Party Plaintiff,*
     *Devonridge Homeowners Association, Inc.*
10

11
     Kim Gilbert Ebron
12   7625 Dean Martin Drive, Suite 110
     Las Vegas, Nevada  89139-5974
13   *Attorney for Defendant,*
     *SFR Investments Pool 1, LLC*
14

15

16

17                                              __/s/Sara Hunsaker_____
                                                An employee of ZIEVE, BRODNAX &
18                                              STEELE, LLP

19

20

21

22

23

24

25

26

27

28