NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12488
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:  natalie.winslow@akerman.com
Email:  tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, | Case No. 2:17-cv-01837-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.;   Nevada corporation; SFR INVESTMENTS POOL 2, LLC, a Nevada limited liability company | **(FIRST REQUEST)** |
| Defendants. | |
| DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada corporation, | |
| Third-Party Plaintiff, | |
| vs. | |
| NEVADA ASSOCIATION SERVICES, INC., | |
| Third-Party Defendant. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff, Carrington Mortgage Services, LLC (**Carrington**), and Defendant SFR Investments Pool 1, LLC (**SFR**), hereby stipulate and agree that Carrington shall have an additional thirty (30) days, up to and including **May 22, 2019**, to file its amended complaint, which is currently due on April 22, 2019.

The undersigned counsel is in the process of substituting as counsel for Carrington, and is in need of additional time to familiarize itself with the file and draft the amended complaint. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 22nd day of April, 2019.

| | |
|---|---|
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| | |
| */s/Tenesa S. Powell* | */s/Diana S. Ebron* |
| NATALIE L. WINSLOW, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 10580 |
| TENESA S. POWELL, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 12488 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | KAREN L. HANKS, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 9578 |
| | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Carrington Mortgage Services, LLC* | Las Vegas, NV 89139 |
| | |
| | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

April 23, 2019
**DATED:** _____

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572