NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12488
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.; Nevada corporation; SFR INVESTMENTS POOL 2, LLC, a Nevada limited liability company<br><br>Defendants. | Case No. 2:17-cv-01837-RFB-VCF<br><br>**DISCLAIMER OF INTEREST AND STIPULATION AND ORDER FOR DISMISSAL OF ANDREA KETAY** |
| DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>Third-Party Defendant. | |

Carrington Mortgage Services, LLC and Andrea Ketay stipulate and agree to the following:

1. Ketay disclaims any current right, title, estate, interest, or claim in the property located at 813 Pirates Cave Court, N. Las Vegas, NV 89032, Assessor's Parcel Number 139-09-521-039.

. . .

1

49366824;1

2. Based upon Ketay's disclaimer of interest, Ketay shall be dismissed from this case with each side to bear its own fees and costs as it pertains to each other.

DATED this 5th day of July, 2019.

| **AKERMAN LLP** | |
|---|---|
| /s/ Tenesa S. Powell<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12488<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/ Andrea Ketay<br>ANDREA KETAY<br>8105 Bronze Treasure Court<br>Las Vegas, NV 89143 |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of July, 2019.

49366824;1