NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12488
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.; Nevada corporation; SFR INVESTMENTS POOL 2, LLC, a Nevada limited liability company <br><br> Defendants. | Case No. 2:17-cv-01837-RFB-VCF <br><br> **STIPULATION AND ORDER FOR DEADLINE TO FILE RENEWED MOTIONS FOR SUMMARY JUDGMENT** <br><br> **(FIRST REQUEST)** |
| DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada corporation, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> NEVADA ASSOCIATION SERVICES, INC., <br><br> Third-Party Defendant. | |

Carrington Mortgage Services, LLC and SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

On March 31, 2019, this court granted SFR's motion to dismiss, granting Carrington leave to amend its complaint, and denied SFR and Carrington's motions for summary judgment as moot (the

50049798;1

**order**) [ECF No. 44]. On June 19, 2019, Carrington filed an amended complaint and addressed the issues raised in the order. The parties stipulate that re-filing summary judgment motions is appropriate and agree summary judgment briefs shall be due **October 11, 2019.**

DATED this 5th day of September, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Tenesa S. Powell<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No.<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No.<br>KAREN L. HANKS, ESQ.<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of September, 2019.

50049798;1