NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12488
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.; Nevada corporation; SFR INVESTMENTS POOL 2, LLC, a Nevada limited liability company<br><br>Defendants. | Case No. 2:17-cv-01837-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING ON SUMMARY JUDGMENT MOTIONS**<br><br>**(FIRST REQUEST)** |
| DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>Third-Party Defendant. | |

Carrington Mortgage Services, LLC (**Carrington**), and SFR Investments Pool 1, LLC (**SFR**), hereby stipulate and agree that Carrington and SFR shall have up to and including **November 15, 2019**, to file responses to the summary judgment motions, and up to and including **December 6, 2019**, to file replies in support of their summary judgment motions. The responses are currently due on November 1, 2019, pursuant to ECF Nos. 65 and 66. Carrington and SFR filed their motions for summary judgment on October 11, 2019.

50616472;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The extension is requested to accommodate the schedules of counsel who are preparing for a two week jury trial that conflicts with the briefing schedule in this case.

DATED this 29th day of October, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Tenesa S. Powell<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of November, 2019.

2
50616472;1