NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12488
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DEVONRIDGE HOMEOWNERS ASSOCIATION, INC.; Nevada corporation; SFR INVESTMENTS POOL 2, LLC, a Nevada limited liability company<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-01837-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |
| DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada corporation,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>　　　　　　　Third-Party Defendant. | |

Carrington Mortgage Services, LLC, and SFR Investments Pool 1, LLC, hereby stipulate and agree that Carrington and SFR shall have up to and including **December 20, 2019**, to file replies in support of their summary judgment motions. The responses are currently due on December 6, 2019, pursuant to ECF No 68. Carrington and SFR filed their motions for summary judgment on October 11, 2019, and their responses on November 15, 2019.

51019667;1

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party. The request is made to provide counsel additional time to evaluate the arguments raised in the respective briefs.

DATED this ___ day of December, 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Tenesa S. Powell<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Carrington Mortgage Services, LLC* | /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of December, 2019.

2

51019667;1