Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Ana P. Murguia, Esq.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>AND RELATED CLAIMS | Case No.: 2:17-cv-01837-RFB-VCF<br><br>**SUBSTITUTION OF COUNSEL** |

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter.

DATED this 30th day of January, 2023.

**SFR Investments Pool 1, LLC**

*/s/ Christopher J. Hardin*

*Its: Manager*

…

- 1 -

1  The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter.

DATED this 13th day of February, 2023.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron* _____
DIANA S. EBRON, ESQ.
NEVADA BAR NO. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert and Howard Kim, Esq. in the above-entitled matter.

DATED this 13th day of February, 2023.

**HANKS LAW GROUP**

*/s/ Chantel M. Schimming*_____
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-14-2023 _____

...
...
...
...
...
...
...

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January 2023, and pursuant to Federal Rule of Civil Procedure, I filed the foregoing, **SUBSITITUTION OF COUNSEL** which shall be served via electronic service CM/ECF to:

Ariel E. Stern, Esq.
Natalie L. Winslow, Esq.
Scott R. Lachman, Esq.
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: scott.lachman@akerman.com
*Attorneys for Carrington Mortgage Services, LLC*

Christopher Anthony, Esq.
**BOYACK ORME & ANTHONY**
7432 W Sahara Ave., Suite 101
Las Vegas, NV 89117
702-562-3415
Fax: 702-562-3570
Email: canthony@boyacklaw.com
*Attorneys for Devonridge Homeowners Association, Inc.*

>                    */s/ Candi Fay*
>                    an employee of HANKS LAW GROUP