KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
ANA P. MURGUIA, ESQ.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, a California corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>DEVONRIDGE HOMEOWNERS ASSOCIATION, INC., a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>     Defendants. | Case No.: 2:17-cv-01837-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO ASSIGN RENTS**<br><br>**(First Request)** |

SFR Investments Pool 1, LLC ("SFR") and Carrington Mortgage Services, LLC ("Carrington"), by and through their undersigned counsel, hereby stipulate and agree that SFR shall have and additional 10 days, up to and including **February 23, 2023** to file a response to Carrington's Motion to Assign Rents [ECF No. 96], which was initially due on February 10, 2023.

Good cause exists to extend SFR's deadline to respond because SFR just recently became aware that the pending motion was filed and will need additional time to evaluate the contents of the motion and adequately respond.

This matter is currently on appeal. Hanks Law Group was retained as counsel after the appeal had been filed, thus Hanks Law Group did not substitute in as counsel in this underlying District Court case. Consequently, SFR's counsel did not receive notice of the filing via the

CM/ECF system. Hanks Law Group is filing a Substitution of Attorneys today so as to remedy that issue.

This is the parties' first requested extension of this deadline and this request is not intended to cause any delay or prejudice to any party.

| DATED this 13th day of February, 2023. | DATED this 13th day of February, 2023. |
|---|---|
| **HANKS LAW GROUP** | **AKERMAN LLP** |
| /s/ *Chantel M. Schimming* | /s/ *Scott R. Lachman* |
| KAREN L. HANKS, ESQ. | NATALIE L. WINSLOW, ESQ. |
| Nevada Bar No. 9578 | Nevada Bar No. 12125 |
| CHANTEL M. SCHIMMING, ESQ. | SCOTT R. LACHMAN, ESQ. |
| Nevada Bar No. 8886 | Nevada Bar No. 12016 |
| 7625 Dean Martin Drive, Suite 110 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, NV 89139 | Las Vegas, NV 89134 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for Carrington Mortgage Services, LLC* |

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of February, 2023.

- 2 -